RECEIVED
NOV 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | 5:19-cr-00354 |
| VERSUS | * * | Judge Foote |
| | * | Magistrate Judge Hornsby |
| (01) BRIAN SKINNER and, | * | |
| (02) JONATHAN COLGIN | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Conspiracy
21 U.S.C. §§ 841(a)(1) and 846

Beginning on a date unknown, but at least by on or about January 1, 2016, and continuing through to on or about May 22, 2018, in the Western District of Louisiana and elsewhere, the defendants, **Brian Skinner, Jonathan Colgin**, and other persons known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree together to distribute and to possess with the intent to distribute anabolic steroids, a Schedule III controlled substance, without lawful authority, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.[21 U.S.C. §§ 841(a)(1) and 846].

COUNT 2
Misprision of a Felony
18 U.S.C. § 4

Beginning on a date unknown, but at least by on or about January 1, 2016, and continuing through to June 2018, **Jonathan Colgin**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Possession with Intent to Distribute Anabolic Steroids pursuant to Title 21 United States Code, Section 841(a)(1), did conceal the same by disposing of anabolic steroids, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, all in violation of Title 18, United States Code, Section 4. [18 U.S.C. § 4]

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

*/s/ Jessica Cassidy*

EARL M. CAMPBELL (LA Bar #25957)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600

JESSICA D. CASSIDY (LA Bar #34477)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600