**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened at 3:30 p.m. on November 13, 2019, and recessed at 3:40 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 10 minutes

**5:18-SM-00300   GRAND JURY REPORT**

 X   Partial Report
 X   Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:19-cr-00350-01*** | X/WRIT | |
| 3:19-cr-00351-01*** | X/WRIT | |
| 5:19-cr-00349-01 | | X |
| 5:19-cr-00349-02 | | X |
| 5:19-cr-00352-01*** | X/WRIT | |
| 5:19-cr-00353-01*** | X/WRIT | |

SEALED INDICTMENTS

| | | |
|---|---|---|
| 5:19-cr-00354-01 | X | |
| 5:19-cr-00354-02 | X | |

  *    In Federal Custody
 **   Superseding Indictment
 ***  State Custody